1  Mani Sheik (SBN 245487)
   SHEIK LAW
2  One Maritime Plaza, Suite 1000
   San Francisco, CA 94111
3  Tel:  (415) 205-8490
   Fax: (415) 796-0875
4  Email: mani@sheiklaw.us

5  Attorneys for Plaintiffs
   William Mosley and Frances Mosley
6

7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10 WILLIAM MOSLEY, an individual, and          Case No. 5:15-CV-01205-BLF
   FRANCES MOSLEY, an individual,
11
                                               **STIPULATION AND [PROPOSED] ORDER**
12              Plaintiffs,                     **REGARDING REQUEST TO CONTINUE**
                                               **HEARING ON DEFENDANT GROUPON,**
13        vs.                                   **INC.'S MOTION TO DISMISS**

14 GROUPON, INC., a Delaware company;           Hearing Date: July 16, 2015
   AMERICAN DUCT PROS, INC., d/b/a             Time:         9:00 A.M.
15 "AMERICAN DUCT PROS" and "ADP,"             Dept.:        Courtroom 3
   an Illinois company; NATIONAL DUCT
16 CLEANING SERVICES INC., d/b/a               Complaint filed: January 27, 2015
   "NATIONAL DUCT CLEANING
17 SERVICES" and "NDCS," an Illinois
   company;  and DOES 1-20, inclusive,
18
19            Defendants.

20

21

22

23

24

25

26

27

28

1    Plaintiffs William Mosley and Frances Mosley ("Plaintiffs") and Defendant Groupon,

2  Inc. ("Defendant" and, collectively, the "Parties"), through their respective undersigned counsel,

3  stipulate and respectfully request that the hearing on Defendant's Motion to Dismiss, currently set

4  for July 16, 2015, at 9:00 a.m., be continued to <u>August 13, 2015</u>, or a later date convenient for the

5  Court and Parties.

6    This request is made on the ground that Mani Sheik, lead counsel for Plaintiffs, has a

7  previously-scheduled trip on July 16 and will be out of town on that date.

8    The Parties' counsel have met and conferred regarding this issue and counsel for

9  Defendant stipulate to the request.

10    Defendants American Duct Pros, Inc. and National Duct Cleaning Services Inc. have

11  defaulted.  (Docket Nos. 12 and 27, respectfully.)

12

13    Dated: May 13, 2015                    SHEIK LAW

14                                           By: _____/s/_____
15                                           MANI SHEIK
                                             Attorneys for Plaintiffs
16                                           WILLIAM MOSLEY and
                                             FRANCES MOSLEY
17

18    Dated: May 13, 2015                    IMAI, TADLOCK, KEENEY &
                                             CORDERY, LLP
19

20                                           By: _____/s/_____
                                             MICHAEL JAMES BOLAND
21                                           Attorneys for Defendant
                                             GROUPON, INC.
22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE
HEARING ON GROUPON'S MOTION TO DISMISS**

1

**[PROPOSED] ORDER**

2

3        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the hearing on

4   Defendant Groupon, Inc.'s Motion to Dismiss is continued to _____August 13_____, 2015,

5   at 9:00 A.M.

6

7   Dated: May 14, 2015

8

9                                        Hon. Beth Labson Freeman

10                                       Judge of the U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER REGARDING REQUEST TO CONTINUE HEARING ON
GROUPON'S MOTION TO DISMISS**