AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

WILLIAM MOSLEY and FRANCES MOSLEY
        Plaintiff(s),
V.
GROUPON, INC, et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-cv-01205-BLF-PG

Notice is hereby given that, subject to approval by the court, __Groupon, Inc.__ substitutes
                    (Party (s) Name)

__Kelly M. Morrison__, State Bar No. __255513__ as counsel of record in
(Name of New Attorney)

place of __Michael Boland, Stephen Carlson, and Theodore Cordery of Imai Tadlock Keeney & Cordery, LLP__.
            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Jenner & Block LLP |
| Address: | 633 W. 5th Street, Suite 3600, Los Angeles, CA 90071 |
| Telephone: | (213) 239-5100   Facsimile (213) 239-5199 |
| E-Mail (Optional): | kmorrison@jenner.com |

I consent to the above substitution.
Date: 12/1/2015
           Groupon Inc by Chris Mosery
           (Signature of Party (s))

I consent to being substituted.
Date: November 3d, 2015
           Imai, Tadlock, Keeney & Cordery, LLP by Michael J. Boland
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/1/2015
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 2, 2015
           Beth Labson Freeman
           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]