UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MOSLEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GROUPON, INC., et al.,<br><br>          Defendants. | Case No. 5:15-cv-01205-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL**<br><br>[Re: ECF 92] |

Before the Court is an administrative motion to seal by Plaintiffs William Mosley and Frances Mosley. *See* Mot., ECF 92. Plaintiffs seek to file under seal documents designated as confidential by Defendant Groupon, Inc. *See id.* at 1. Parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Under Civ. L.R. 79-5(e), when a party moves to seal documents designated as confidential by an opposing party, the latter party must file a declaration in support of the request within four days of the filing of the motion. Groupon designated as confidential the documents sought to be sealed, but Groupon has filed no such declaration. Therefore, the motion to seal is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: August 15, 2016

_____
BETH L. FREEMAN
United States District Judge